Order issued October 22, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01320-CV

## IN RE ANDY PHILACHACK, Relator

Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-04335-C

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

MARTIN RICHTER
JUSTICE